

Andrew W. Dean
Associate
Direct Dial: 212 364 2316
Direct Fax: 618 607 5299
E-mail: adean@mgmlaw.com

October 25, 2022

**VIA ECF and EMAIL**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

  Re: **Bowers et al. v. Urban - U.S. District Court SDNY - 1:22-mc-00284**

Dear Judge Cronan:

  We represent the plaintiffs Meleena M. Bowers and Starr Indemnity and Liability Company ("Plaintiffs") in this matter. We write pursuant to Section 3(b) of this Honorable Court's Individual Rules and Practices to request an adjournment of the Status Conference presently scheduled for October 28, 2022 at 10:00 a.m. until November 11, 2022 at 10:00 a.m. The basis for this request is that counsel for Plaintiffs have unavoidable scheduling conflicts on October 28, 2022 making an appearance at the Status Conference as Ordered impossible. There have been no previous requests for adjournment. We have notified Defendant's counsel of this scheduling conflict and intention to seek adjournment as set forth herein and they consent to the adjournment. The requested adjournment does not affect any other scheduled dates or deadlines and does not necessitate a proposed Revised Case Management Plan and Scheduling Order.

         Respectfully submitted,

         *Andrew W. Dean*

         _____
         Andrew W. Dean

Cc: Richard J. Sullivan, Esq. (via email: rsullivan@sullivanllp.com) (Counsel for Defendant)
   Jim McLaughlin, Esq. (via email: jmclaughlin@sullivanllp.com)

The request is granted in part. Due to a court holiday on November 11, the conference, currently scheduled for October 28, 2022, is adjourned to November 9, 2022, at 9:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Plaintiffs shall notify Defendant of this adjournment.

SO ORDERED.

October 26, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge