```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MELEENA M. BOWERS, et al.,                                             :
                                                                       :
                              Plaintiffs,                              :
                                                                       :           22 Misc. 284 (JPC)
              -v-                                                      :
                                                                       :           ORDER
JUSTIN URBAN,                                                          :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiffs Meleena Bowers and Starr Indemnity and Liability Company initiated this miscellaneous action on October 12, 2022 to quash a subpoena served on them by Defendant Justin Urban, in *Urban v. Zurich American Insurance Company*, No. 21 Civ. 11182 (AK) (D. Mass.), currently pending in the District of Massachusetts. Dkt. 1. The subpoena seeks deposition testimony and documents. *See* Dkt. 2-2 at 37. That same day, Plaintiffs also filed a brief in support of their motion to quash. Dkt. 2 at 12-23. To date, Defendant has not appeared in this action or contested the motion to quash in any way despite apparently being aware that the action is pending, *see* Dkt. 4 at 1 ("We have notified Defendant's counsel of this scheduling conflict and intention to seek adjournment as set forth herein and they consent to the adjournment."); *see also* Joint Motion to Extend Pretrial Deadlines ¶ 7, *Urban v. Zurich Am. Ins. Co.*, No. 21 Civ. 11182 (AK) (D. Mass. Oct. 27, 2022), ECF No. 39 ("[Urban]'s counsel noticed and served a deposition subpoena on non-party witness Starr Indemnity's Meleena Bowers for October 13, 2022. Starr Indemnity filed a Motion to Quash that deposition subpoena on October 12, 2022.").

By November 4, 2022, Defendant shall notify the Court whether he intends to oppose Plaintiffs' motion to quash, given the fast-approaching fact discovery deadline of November 11,

2022.  *See* Text Order, *Urban v. Zurich Am. Ins. Co.*, No. 21 Civ. 11182 (AK) (D. Mass. Nov. 2, 2022).  If so, Defendant must submit an opposition to Plaintiffs' motion to quash by November 4, 2022.

SO ORDERED.

Dated: November 2, 2022
      New York, New York

                                                JOHN P. CRONAN
                                      United States District Judge