```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MELEENA M. BOWERS, et al.,                                             :
                                                                       :
                            Plaintiffs,                                :
                                                                       :      22 Misc. 284 (JPC)
                -v-                                                    :
                                                                       :           ORDER
JUSTIN URBAN,                                                          :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For the reasons discussed at the November 9, 2022 conference, Plaintiffs' motion to quash the subpoena and for issuance of a protective order is granted in part. The motion to quash the subpoena is granted as to the production of documents but denied as to the deposition of Ms. Bowers. The scope of Ms. Bowers's deposition shall be limited to her knowledge concerning Defendant's car accident and the subsequent litigation, claims, and settlement. Defendant may not question Ms. Bowers on any matters concerning unrelated claims, including the claim that was the subject of the document subpoena.

Plaintiffs' request for the issuance of a protective order is denied without prejudice. Finally, Plaintiff' motion to seal their motion to quash is granted in part to the extent that it references the prior settlement agreement with specificity. Plaintiffs shall provide proposed redactions to particular filings by November 11, 2022. The Clerk of Court is respectfully directed to close Docket Numbers 1 and 2.

SO ORDERED.

Dated: November 11, 2022
       New York, New York                       _____
                                                      JOHN P. CRONAN
                                                 United States District Judge